# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

MICHAEL BRAZELL, JR.                                                                                           PLAINTIFF
ADC #500711

V.                                       NO: 2:16CV00100 JM/PSH

KARRIE YARBRO *et al*                                                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff Michael Brazell's motion to voluntarily dismiss his claims against defendant Dunn (Doc. No. 16) is GRANTED, and Brazell's claims against DUNN are DISMISSED WITHOUT PREJUDICE.

DATED 30th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE