**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

MICHAEL BRAZELL, JR.                                                                                                  PLAINTIFF

v.                    NO. 2:16-cv-00100 JM/PSH

KARRIE YARBRO, BRANDI HIBBS,                            DEFENDANTS
ANGELA MIXON, PATRICK DRUMMOND,
RODERICK DAVIS, PATIENCE SYLVESTER,
BERNITA RATTLER, MONICA DUNN,
CHARLES CRAWLEY, and TAMMY KIMBLE

**ORDER**

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion for temporary restraining order filed by plaintiff Michael Brazell, Jr., is denied. <u>See</u> Pleading 28.

IT IS SO ORDERED this 22nd day of February, 2017.

                                                                        UNITED STATES DISTRICT JUDGE