# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**MICHAEL BRAZELL, JR.**                                                                **PLAINTIFF**
**ADC #500711**

v.                       No. 2:16-cv-00100 JM-PSH

**KARRIE YARBRO,** *et al.*                                                 **DEFENDANTS**

## FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following proposed Findings and Recommendation have been sent to United States District Judge James M. Moody, Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Before the Court is a Motion to Dismiss filed by defendants Brandi Hibbs, Angela Mixon, Patrick Drummond, Roderick Davis, Patience D. Sylvester, Bernita Rattler, Charles Crawley, Tammy Kimble, and Karrie Yarbro (the "Defendants") (Doc. No. 56). Defendants assert Plaintiff Michael Brazell Jr. ("Plaintiff") failed to respond to their discovery requests and this Court's order compelling Plaintiff to respond to their discovery requests. On November 7, 2017, the Court entered a text order directing Plaintiff to file a response to the Defendants' motion to dismiss within 14 days if he chose to respond. *See* Doc. No. 58. Plaintiff was cautioned that if he failed to file a

response, the Court would decide the Defendants' motion without the benefit of his input. *Id.* The Court directed the Clerk of Court to send Plaintiff copies of Defendants' motion, brief, and the Court's text order at his last known address: the East Arkansas Regional Unit, PO Box 970, Marianna 72360. *Id.* More than 14 days have passed, and Plaintiff has not responded to the Defendants' motion.

Defendants previously filed a motion to compel discovery stating that they had served interrogatories and requests for production of documents on the Plaintiff on July 12, 2017, and Plaintiff did not respond despite counsel's good faith attempt to obtain responses. Doc. No. 45. Plaintiff was informed of his opportunity to respond to the motion to compel within 14 days. Doc. No. 49. Plaintiff did not respond, and by Order entered October 20, 2017, the Court granted Defendants' motion to compel. Doc. No. 55. Plaintiff was directed to respond to discovery within 14 days. *Id.* Plaintiff was informed that his failure to comply could result in sanctions, including dismissal. *Id.*

Rule 37(d) of the Federal Rules of Civil Procedure allows a district court to dismiss an action when a party fails to respond to discovery requests. *See also Aziz v. Wright*, 34 F.3d 587, 589 (8th Cir. 1994) (no motion to compel is required before dismissal under Rule 37(d)). Likewise, Rule 41(b) of the Federal Rules of Civil Procedure allows a defendant to move to dismiss the action or any claim against it when the plaintiff fails to prosecute or comply with the Rules of Civil Procedure or a court order. Plaintiff's failure to respond to Defendants' discovery requests is cause for the dismissal of this case. The parties cannot comply with the discovery deadline or the deadline to file motions for summary judgment without Plaintiff's cooperation in the discovery process. Accordingly, the Court recommends that Defendants' motion to dismiss be granted, and this case be dismissed without prejudice.

The Court also directs the Clerk of Court to send Brazell a copy of this Recommendation to his last known address, the East Arkansas Regional Unit, PO Box 970, Marianna 72360.

IT IS SO RECOMMENDED this 28th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE