IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MICHAEL BRAZELL, JR.**                                                               **PLAINTIFF**
**ADC #500711**

v.                   No. 2:16-cv-00100 JM-PSH

**KARRIE YARBRO,** *et al.*                                                 **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendants' motion to dismiss is granted, and this case is dismissed without prejudice.

The Court also directs the Clerk of Court to send Plaintiff a copy of this order to his last known address, the East Arkansas Regional Unit, PO Box 970, Marianna 72360.

DATED this 19th day of December, 2017.

                                                                                       UNITED STATES DISTRICT JUDGE